In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 6001, Issued to Elizabeth Greenwald, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Charles F. Johnson, Appellant, v. John A. Johnson and Charles V. Johnson, Respondents.— Judgment affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Hugh C. Murphy, Appellant, v. Harry P. Worth, Defendant, Impleaded with Joseph F. O'Grady, Sheriff of Richmond County, Respondent.— On this proceeding the Special Term should have determined the amount of the lien of the judgment creditor's attorney and have made an appropriate order accordingly. The sheriff had express notice of the claim of lien, and payments made to third parties in opposition to said claim of lien, and without notice to the lienor, were made at his own risk. The order is reversed, with ten dollars costs and disbursements, and the matter is remitted to the Special Term for determination as to the proper amount of the attorney's lien and its enforcement by appropriate order. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Frank Pritchard, Respondent, v. Kurt L. Elsner, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Mary Purcell, Suing as Mary Purcell, an Infant, by William J. Purcell, Her Guardian ad Litem, Respondent, v. American Manufacturing Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

The People of the State of New York, Respondent, v. William Hodelerlin, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. When this defendant was held for trial, under a commitment, the essential question presented by this appeal was submitted for determination to the Special Term of this court. The opinion written by Mr. Justice Blackmar (*People ex rel. Hoelderlin* v. *Kane*, 79 Misc. Rep. 140) exactly expresses our views of the validity of this statute.* Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

The People of the State of New York ex rel. James C. Foley, Relator, v. Rhinelander Waldo, Police Commissioner of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements, and writ quashed. No opinion. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

The People of the State of New York ex rel. Henry J. McKenna, Relator, v. Maurice E. Connolly, as President of the Borough of Queens, Respondent.— Determination reversed, without costs, and a new hearing ordered, at which the relator may have an opportunity through counsel, if he so

---

* See Labor Law (Consol. Laws, chap. 31; Laws of 1909, chap. 36), §§ 77, 78, as amd. by Laws of 1912, chap. 539; since amd. by Laws of 1913, chap. 465.— [REP.